# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN POPE,<br><br>                              Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>                             Defendant. | Case No.: 23-cv-930-LAB-JLB<br><br>**ORDER OF DISMISSAL [Dkt. 12]** |

    On August 1, 2023, Plaintiff Marvin Pope filed a Notice of Voluntary Dismissal, in which he represents the parties have executed a confidential settlement agreement and fully resolved this action. (Dkt. 12). Defendant AllianceOne Receivables Management, Inc. has filed neither an answer nor a motion for summary judgment in this action.

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITH PREJUDICE** in its entirety. Each party shall bear its own fees and costs. The Clerk is directed to terminate this case.

    **IT IS SO ORDERED.**

Dated: August 3, 2023

*Larry A. Burns*
**Hon. Larry Alan Burns**
United States District Judge